8968/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

Attorneys for Defendant American Export Lines

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

OLABISI SALIS

        Plaintiff

-against-

American Export Lines
Hoegh Autoliners Inc.

        Defendants

Index No. 024898/2007

**ANSWER**

  Defendant American Export Lines, by its attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor LLP, answering the plaintiff's complaint alleges upon information and belief as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1.

2. Admits that American Export Lines is a freight forwarder with an office in Newark, New Jersey, but except as so specifically admitted, denies knowledge or information sufficient to from a belief as to the truth of the allegations of paragraph 2.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3.

4. Admits the allegations of paragraph 4 except denies that plaintiff or its representative inquired about what documents would be needed.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8.

9. Admits that on or about May 19, 2006 a bill of lading was issued by defendant Hoegh for the transport of the 2006 camper to Lagos, but except as so specifically admitted, denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9.

10. Admits that the 2005 camper was delivered, but denies that the 2006 camper "was not delivered".

11. The 2006 camper went to Durban because of plaintiff's failure to obtain a Form M. All other allegations of paragraph 11 are denied.

12. Denies the allegations of paragraph 12.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13.

14. Denies the allegations of paragraph 14.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16.

17. Denies the allegations of paragraph 17.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18.

19. Denies the allegations of paragraph 19.

20. Denies the allegations of paragraph 20.

21. Denies the allegations of paragraph 21.

22. Denies the allegations of paragraph 22.

## AS AND FOR AFFIRMATIVE DEFENSES TO ALL CLAIMS, AMERICAN EXPORT LINES ALLEGES UPON INFORMATION AND BELIEF AS FOLLOWS

23. Repeat and reallege each and every admission, denial and denial of knowledge or information hereinabove set forth, with the same force and effect as if herein repeated and set forth at length.

### FIRST AFFIRMATIVE DEFENSE

24. This Court lacks personal jurisdiction over American Export Lines.

### SECOND AFFIRMATIVE DEFENSE

25. The circumstances alleged in plaintiff's complaint were due to causes for which American Export Lines is not liable or responsible by virtue of the provisions of its freight forwarding terms and conditions and/or general maritime law.

### THIRD AFFIRMATIVE DEFENSE

26. Plaintiff failed to mitigate its damages.

### FOURTH AFFIRMATIVE DEFENSE

27. The circumstances alleged in plaintiff's complaint were caused by or due to the acts, omissions, fault or neglect of plaintiff or its agents and/or resulted from the acts, omissions, fault or neglect of other persons or entities for which American Export Lines is neither responsible nor liable.

### FIFTH AFFIRMATIVE DEFENSE

28. American Export Lines' liability, if any, is limited to $50.00 pursuant to its freight forwarding terms and conditions.

### SIXTH AFFIRMATIVE DEFENSE

29. This action should be dismissed on the basis of the New Jersey forum selection clause contained in American Export Lines' freight forwarding terms and conditions.

### SEVENTH AFFIRMATIVE DEFENSE

30. American Export Lines acted as a freight forwarder and therefore can have no carrier liability as a matter of law for the damage alleged in plaintiff's complaint.

### EIGHTH AFFIRMATIVE DEFENSE

31. Insufficiency of service of process.

### NINTH AFFIRMATIVE DEFENSE

32. Plaintiff failed to give timely notice of the claim as required in American Export Lines' freight forwarding terms and conditions.

WHEREFORE, American Export Lines prays for:

(a) An order dismissing plaintiff's complaint;

(b) An award of all costs including attorneys' fees; and

(c) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 19, 2007

Respectfully submitted,

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant American Export Lines

By: _____
Randolph H. Donatelli
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

To:   Salis & Associates PC                 Mahoney & Keane
      42 Broadway, Room 1133                111 Broadway, Floor 10
      New York, New York 10004              New York, New York 10006
      (212) 655-5749                        (212) 385-1422

## VERIFICATION

I, Randolph H. Donatelli, state under penalty of perjury as follows: I am the attorney for defendant American Export Lines in this action and that the foregoing answer with cross-claims is true to my knowledge, except as to matters therein stated on information and belief, and as to those matters I believe them to be true; that the grounds of my belief as to all matters not stated upon my knowledge are conversations with American Export Lines and correspondence and other writings furnished to me by American Export Lines; and that the reason why verification is not made by American Export Lines is that American Export Lines is not in New York County.

_____
Randolph H. Donatelli

## CERTIFICATE OF SERVICE BY MAIL

The undersigned certifies under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On June 19, 2007, I served a complete copy of the attached **ANSWER** by regular U.S. mail to the following addresses:

Salis & Associates PC
42 Broadway, Room 1133
New York, New York 10004
(212) 655-5749

Mahoney & Keane
111 Broadway, Floor 10
New York, New York 10006
(212) 385-1422

Dated: New York, New York
June 19, 2007

Randolph H. Donatelli