8968/SHV

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant American Export Lines
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLABISI SALIS<br><br>　　　　　Plaintiff,<br><br>- against -<br><br>AMERICAN EXPORT LINES; HOEGH AUTOLINERS, INC.<br><br>　　　　　Defendants. | ECF<br>Civil No.: 07 Civ 5949 (Judge Marrero)<br><br>**DEFENDANT AMERICAN EXPORT LINES' CROSSCLAIM AGAINST HOEGH AUTOLINERS, INC.** |

Defendant American Export Lines through its attorneys Cichanowicz, Callan, Keane, Vengrow & Textor, LLP alleges on information and belief for its crossclaim against Hoegh Autoliners, Inc. as follows:

1. Repeats and realleges each and every admission, denial and denial of knowledge or information contained in its Answer to plaintiff's Complaint, with the same force and effect as if herein set forth at length.

2. If there was any loss or damage to the shipment(s) referred to in plaintiff's Complaint, which is denied, and said loss or liability caused any liability to Defendant American Export Lines, then the said liability was brought about by Defendant Hoegh Autoliners, Inc.'s negligence and/or breach of contract, breach of warranties, implied or expressed, and by reason

thereof, Defendant American Export Lines is entitled to full indemnity and/or contribution from Defendant Hoegh Autoliners, Inc., for its loss and damage including reasonable counsel fees and expenses.

WHEREFORE, Defendant American Export Lines prays that the Complaint against it be dismissed and its crossclaim be granted, and that the Court may grant such other or further relief as may be just and proper.

Dated: New York, New York
July 31, 2007

>Respectfully submitted,
>
>CICHANOWICZ, CALLAN, KEANE,
>VENGROW & TEXTOR, LLP
>Attorneys for Defendant American Export Lines
>
>By: / s / Stephen H. Vengrow
>    Stephen H. Vengrow (SHV/3470)
>61 Broadway, Suite 3000
>New York, New York 10006
>(212) 344-7042

To: Salis & Associates, P.C.
42 Broadway, Room 1133
New York, New York 10004
(212) 655-5749

Mahoney & Keane
111 Broadway, Floor 10
New York, New York 10006
(212) 385-1422

## CERTIFICATE OF SERVICE BY ECF AND BY REGULAR U.S. MAIL

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On July 31, 2007, I served a complete copy of **Defendant American Export Lines' Crossclaim against Hoegh Autoliners, Inc.** by ECF to the following attorneys at their ECF registered address and by regular U.S. mail at the following addresses:

   Salis & Associates, P.C.
   42 Broadway, Room 1133
   New York, New York 10004
   (212) 655-5749

   Edward Keane, Esq.
   Mahoney & Keane
   Attorneys for KKK and K-Line
   111 Broadway, 10th Floor
   New York, New York 10006
   (212) 385-1422

                                        / s / Patrick Michael DeCharles, II
                                        Patrick Michael DeCharles, II

DATED:   July 31, 2007
         New York, New York