UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OLABISI SALIS

            07 CV 5949 (VM)
      Plaintiff,
            ANSWER TO CROSSCLAIM
  -against-       WITH AFFIRMATIVE
            DEFENSES
AMERICAN EXPORT LINES
HOEGH AUTOLINERS INC.,

      Defendants.
------------------------------------x

    Defendant HOEGH AUTOLINERS INC. ("HOEGH"), by its attorneys, MAHONEY & KEANE, LLP, answers the Cross-Claim of defendant AMERICAN EXPORT LINES upon information and belief as follows:

    FIRST: Defendant HOEGH denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "32" and "34" of co-defendant AMERICAN EXPORT LINES' Cross-Claim.

    SECOND: Defendant HOEGH denies each and every allegation contained in paragraph "33" co-defendant AMERICAN EXPORT LINES' Cross-Claim.

  <u>AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE</u>
    THIRD: Defendant, HOEGH AUTOLINERS, INC. repeats, reiterates and makes applicable to Co-defendant AMERICAN EXPORT LINES' Cross Claim each Separate and Complete Affirmative defense

in HOEGH AUTOLINERS INC.'s Answer to plaintiff's Complaint as if specifically set forth herein at length.

WHEREFORE, defendant HOEGH AUTOLINERS INC. demands judgment dismissing the Cross Claim herein and awarding defendant HOEGH AUTOLINES INC., costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendant AMERICAN EXPORT LINES for all sums which may be recovered by plaintiff against the defendant HOEGH AUTOLINERS, INC., costs, fees including reasonable attorneys fees and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

Dated:   New York, New York
         December 20, 2007

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Defendant
HOEGH AUTOLINERS INC.

By: _____
Garth S. Wolfson (GW 7700)
111 Broadway, Tenth Floor
New York, New York  10006
(212) 385-1422
19/3417/B/07/6

TO:  SALIS and ASSOCIATES P.C.
     Attorneys for Plaintiff
     OWOLABI SALIS
     42 Broadway  Room 1133
     New York, NY 10004
     (212) 655-5749

CHICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
Attorneys for Defendant
AMERICAN EXPORT LINES
61 Broadway  Suite 3000
New York, NY 10006
(212) 344-7042