UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x,
OLABISI SALIS

                         Plaintiff,

         -against-

AMERICAN EXPORT LINES
HOEGH AUTOLINERS INC.,

                    Defendants.
-------------------------------------x

                            07 CV 5949 (VM)

                            ANSWER TO AMENDED
                            CROSS-CLAIM WITH
                            AFFIRMATIVE DEFENSES

        Defendant HOEGH AUTOLINERS INC. ("HOEGH"), by its attorneys, MAHONEY & KEANE, LLP, answers the Cross-Claim of defendant AMERICAN EXPORT LINES Answer upon information and belief as follows:

        FIRST: Defendant HOEGH denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "32" and "33" of co-defendant AMERICAN EXPORT LINES' Amended Answer.

        SECOND: Defendant HOEGH denies each and every allegation contained in paragraph "34" of co-defendant AMERICAN EXPORT LINES' Amended Answer.

   AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

        THIRD: Defendant, HOEGH AUTOLINERS, INC. repeats, reiterates and makes applicable to Co-defendant AMERICAN EXPORT LINES' Amended Cross Claim each Separate and Complete Affirmative defense in HOEGH AUTOLINERS INC.'s Answer to plaintiff's Amended

Complaint as if specifically set forth herein at length.

WHEREFORE, defendant HOEGH AUTOLINERS INC. demands judgment dismissing the Cross Claim herein and awarding defendant HOEGH AUTOLINES INC., costs, fees, including reasonable attorneys fees and disbursements of this action, and further demands judgment against the co-defendant AMERICAN EXPORT LINES for all sums which may be recovered by plaintiff against the defendant HOEGH AUTOLINERS, INC., costs, fees including reasonable attorneys fees and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

Dated:     New York, New York
           January 17, 2008

                                    Respectfully submitted,

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Defendant
                                    HOEGH AUTOLINERS INC.


                          By:
                                    Garth S. Wolfson (GW 7700)
                                    111 Broadway, Tenth Floor
                                    New York, New York  10006
                                    (212) 385-1422
                                    19/3417/B/07/6

TO:   SALIS and ASSOCIATES P.C.
      Attorneys for Plaintiff
      OWOLABI SALIS
      42 Broadway  Room 1133
      New York, NY 10004
      (212) 655-5749

      CHICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
      Attorneys for Defendant
      AMERICAN EXPORT LINES
      61 Broadway  Suite 3000
      New York, NY 10006
      (212) 344-7042