# DOCK RECEIPT

| (1) SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | (5) BOOKING NO. 101086 | (5A) BILL OF LADING NO. AEL208129-01 |
|---|---|---|
| AMERICAN EXPORT LINES AS AGENT FOR OLABISI FATUROTI 42 BROADWAY RM1133 NEWYORK, NY 10004 | (6) EXPORT REFERENCES VIN#WU002823 AEL208129 | |
| (2) CONSIGNEE (COMPLETE NAME AND ADDRESS) OLABISI FATUROTI SALIS C/O FORECAST AUTOS 58 BAGULAYE ROAD SOLOMON LAGOS NIGERIA TEL:08033483997 | (7) FORWARDING AGENT / REFERENCE NO. AMERICAN EXPORT LINES 169 FRELINGHUYSEN AVENUE NEWARK, NJ 07114-0000 TEL:973-824-2333 | |
| NOTIFY PARTY OLABISI FATUROTI SALIS C/O FORECAST AUTOS 58 BAGULAYE ROAD SOLOMON LAGOS NIGERIA TEL:08033483997 | (8) POINT AND COUNTRY OF ORIGIN NY US | |
| | (9) ALSO NOTIFY - ROUTING INSTRUCTIONS NDR FTSR 30.55H | |
| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT | (8A) FINAL DESTINATION (OF THE GOODS NOT THE SHIP) NIGERIA |
| (14) VESSEL VOY FLAG HUAL TRANSPORTER V54 | (15) PORT OF LOADING NEW YORK | (10) LOADING TERMINAL N.E.MARINE TERM 403 PORT JER | (10A) ORIGINAL(S) TO BE RELEASED |
| (16) PORT OF DISCHARGE LAGOS NG | (17) PLACE OF DELIVERY BY ON-CARRIER LAGOS NG | (11) TYPE OF MOVE (IF MIXED, USE BLOCK 20 AS APPROPRIATE) RO/RO |

| MKS. & NOS./CONT. NOS. (18) | NO. OF PKGS. (19) | DESCRIPTION OF PACKAGES AND GOODS in Schedule B detail (20) | GROSS WEIGHT (21) | MEASUREMENT (22) |
|---|---|---|---|---|
| AS ADDRESSED | 1 | SELF PROPELLED USED VEHICLE 1998 TOYOTA SIENNA VIN#4T3ZF13C0WU002823 FREIGHT PREPAID | 2921LBS | 417CFT |

HOEGH Cargo Receiving Check Survey & Search

FOR EMERGENCY CALL (973) 824-2333

DELIVER BY:
LIGHTER:
TRUCK:
ARRIVED: DATE_____ TIME_____
UNLOADED: DATE_____ TIME_____
CHECKED BY:_____
PLACED: IN SHIP  ON DOCK
LOCATION_____

RECEIVED THE ABOVE DESCRIBED GOODS OR PACKAGES SUBJECT SUBJECT TO ALL THE TERMS OF THE UNDERSIGNED'S REGULAR FORM OF DOCK RECEIPT AND BILL OF LADING WHICH SHALL CONSTITUTE CONTRACT UNDER WHICH THE GOODS ARE RECEIVED. COPIES OF WHICH ARE AVAILABLE FROM THE CARRIER ON REQUEST AND MAY BE INSPECTED AT ANY OF ITS OFFICES.

FOR THE MASTER:
DATE: 2/20/08