

**AMERICAN EXPORT LINES®**
GLOBAL TRANSPORTATION COMPANY

| Los Angeles | New York | Bremerhaven | Dubai | Beijing | Tokyo | Sydney |
|---|---|---|---|---|---|---|
| 8:53:53 | 11:53:53 | 16:53:53 | 19:53:53 | 23:53:53 | 24:53:53 | 2:53:53 |

[ AEL Home ] [ Quotation ] [ Tracking ] [ Booking ] [ About AEL ] [ Contact Us ]

**Our Services**
- Ocean Freight
- Air Freight
- Customs Clear
- GPS and Ware
- Trucking and
- Auto Shipping
- Insurance

**INSURANCE**

AEL can provide insurance for all types of cargo. Ace Insurance is a global insurance company with own offices in over 50 countries and correspondence in some 90 countries. Ace traces its heritage to 1792 and has assets of $49 billion. AEL can provide insurance for all types of cargo including automobiles and fragile goods. Be assured your cargo is insured by highly experienced marine insurers who have claim offices worldwide.

**Member's Login**

Username

Password

Register Now!    [Login]

Copyright © 2006 American Export Lines. All rights reserved worldwide.