LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW†
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DeCHARLES II ⱡ
_____

JESSICA A. DE VIVO ⚲

†ALSO ADMITTED TO DISTRICT OF
  COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
#ALSO ADMITTED TO GEORGIA
ⱡALSO ADMITTED TO NEW JERSEY & TEXAS
⚲ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988
E-MAIL: BYCALAN@CCKVT.COM

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ, 07302
   (201) 209-0960

A.J. MARINO
OF COUNSEL
_____

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

February 12, 2008

**By DHL and ECF**
The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007

      Re:    Salis v. American Export lines et al
              Docket No.: 07 c 5949
              Our File No.: 8968/SHV

Dear Judge:

    We write with respect to Mr. Salis' submission to the Court dated Feb. 11, 2008, received today. His sur-reply is improper under the rules and, thus, should be rejected by the Court.

    In the event that Your Honor chooses to accept Mr. Salis' improper submission, we respectfully request that we be permitted an opportunity to reply.

                                      Respectfully submitted,

                                      CICHANOWICZ, CALLAN, KEANE
                                      VENROW & TEXTOR
                                      *Attorney for American Export Lines*

                                      s/ Stephen H. Vengrow
                                        Stephen Vengrow (3479-SHV)
                                        61 Broadway, Suite 3000
                                        New York, New York 10006
                                        212-344-7042