**BILL OF LADING**

| | |
|---|---|
| (Enterprise No. 933099628) | |
| RICAN EXPORT LINES<br>FRELINGHUYSEN AVENUE<br>ARK, NJ 07114<br>973-824-2333 | BOOKING NO.<br>102279<br>EXPORT REFERENCES<br>Shippers Ref: 208878 |
| BISI FATUROTI SALIS<br>FORECAST AUTOS 58<br>OLU, LAGOS NIGERIA | FORWARDING AGENT, FMC NO.   F.M.C.: 00000<br>NO FORWARDER USED ON THIS B/L |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |
| E AS CONSIGNEE | ALSO NOTIFY — ROUTING & INSTRUCTIONS<br>USED UNITS-VARIOUS EXCEPTIONS<br>AS PER SURVEY REPORT<br>CARRIER NOT RESPONSIBLE IF<br>PERSONAL EFFECTS PRESENT |
| NING DEW   3 | PORT OF LOADING<br>NEW YORK |
| OS PORT COMPLEX | |

*Handwritten annotations: "Notation DATE in Lagos.", "D6 177 243", "5/16/06"*

| HM | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|
| | FREIGHT PRE-PAID<br><br>1  2006 SUNNYBROOK TT<br>   DIMS: 412 X 100 X 132<br>AES: 223226283<br>XTN: AES-208878<br>V.I.N.: 4UBAS0R2361D73648 | 16000LB<br>(7258) | 3147CF<br>(89.11) |

*Stamp: JACOB OCEANIC FREIGHT LTD, 5, ADEBAYO MOKUOLU ST. ANTHONY VILLAGE LAGOS*

*Handwritten: "over to Jacob Oceanic Freight Ltd"*

ON BOARD: 05/19/06   SIGNATURE:

*Handwritten: "shipping date"*

JERICHO, NEW YORK

LIMITATION OF LIABILITY — TO APPLY WHEN GOODS ARE SHIPPED TO OR FROM A PORT IN THE UNITED STATES

agree that the US$ 500 shall apply to each container, or other package shipped, or in the case of unboxed vehicles, per freight ... each vehicle. In the event goods are not shipped in packages, the Carrier's liability will be limited to US$ 500 for each ... unit. Unless a higher valuation is declared in the space above and the higher freight is paid, each Carrier's liability will ... US$ 500 for each such package or customary freight unit...

...in apparent good order and condition, weight, measure, marks & numbers, quality, contents and ... specified therein, for carriage to the port of destination or so near thereto as the vessel may safely get and lie always ... delivered in the like ... condition at the aforesaid port to Consignees or their Assigns. Freight as per note on the ... other charges incurred in accordance with the provisions in this Bill of Lading — unless prepaid — to be paid by Consignees or

# AMERICAN EXPORT LINES
## GLOBAL TRANSPORTATION COMPANY
SINCE 1974

**INVOICE**

| TERMS | OUR REFERENCE | DATE | INVOICE NO. |
|---|---|---|---|
| DUE UPON RECEIPT | AEL208129 | 03/10/06 | AEL208129-1 |

TO: FORECAST PARTNERS LTD.
42 BROADWAY RM1133
NEWYORK, NY 10004

REMIT TO:
AMERICAN EXPORT LINES
169 FRELINGHUYSEN AVENUE NEWARK, NJ
07114-0000 TEL:973-824-2333
FAX (973) 824-8319

AWB / B/L NO.
AEL208129

HAWB NO.

VESSEL / FLIGHT
HUAL TRANSPORTER V54

DEPARTURE / DATE ARRIVED
3/26/2006 /

| ORIGIN | DEST. | PIECES | WT (KGS) |
|---|---|---|---|
| NEWYOR | LAGOS | | |

CARGO DESCRIPTION

REMARKS
TOTAL: $3,585.00

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| OCEAN FREIGHT RO/RO-(3)-LAGOS | USD 3420.00 |
| DOCUMENTATION-(3)-LAGOS | USD 165.00 |
| INVOICE PAID BY CHECK 3/10/2006 CHECK#1214 | USD -3585.00 |


PAID MAR 10 2006

I CHOOSE NOT TO PURCHASE INSURANCE _____ INITIAL
Consignee is responsible for port of entry and all destination charges

Our Contact: JACQUELINE ANDINO RIVAS

BALANCE DUE
$0.00


**AEL**
169 Frelinghuysen Ave., Newark, NJ 07114  Tel: (973) 824-2333  FAX: (973) 824-8319  www.shipit.com  e-mail: ael@verizon.net

**1-ENTIRE AGREEMENT:** The following represents the entire agreement of the parties. Customer acknowledges that there are no other terms or conditions written or otherwise, except the Bill of Lading or Airway Bill. All shipment to or from the customer, which term shall include the exporter, importer, sender, receiver, owner, consignor, consignee, transferrer or transferee of the shipment will be handled by the forwarder and/or NVOCC handling this shipment.

**2-INSURANCE:** When customer chooses not to purchase cargo insurance company's liability shall be limited to 10 cents per pound. Release value per article, not exceeding $500.00 per Bill of Lading. The company assumes no liability for the Acts or Omissions of third party, unless a greater value is declared by customer in writing and additional transportation charge is paid. In case of purchase of cargo insurance, customer acknowledges the full understanding of terms of coverage including deductibles and exclusions.

Furthermore, the company will make reasonable effort to effect fire, theft and other insurance upon specific written request. Any insurance placed shall be governed by the insurance certificate. Should an insurer dispute its liability for any reason, the insured shall have recourse against the insurer only and the company shall not be under any responsibility of liability in relation thereto.

**3-DELAYS AND LOSSES:** The company assumes no responsibility for loss or delay. Loss, delay or damage does not excuse payment.

**4-GENERAL LIEN ON ANY PROPERTY:** The company shall have a special and general lien on all properties and documents of the customer in its possession, custody or control for property and charges related thereto, are pursuant the uniform commercial code of state of California.

**5-FREIGHT AND CHARGES:** Freight charges shall be deemed earned in full on receipt of the goods by the company and payment shall be paid by the customer immediately upon billing. Payment of same is a pre-condition for any claim for delay, loss or damage to goods. Late charges shall accrue at the rate of 1.5% per month after billing. In the event of freight collect shipment, charges are due and payable by the consignor, if consignee refuses the goods or payment of the freight charges.

**6-ATTORNEY FEES AND COSTS:** In the event company shall retain an attorney to represent it, the prevailing party shall be awarded the reasonable costs and attorney fees as may be fixed by court. All parties agree all claims or disputes shall be resolved by Commercial arbitration in Newark, NJ pursuant to the rules of the American Arbitration Association.

**7-SHIPPING COSTS:** All estimates provided by the company are only a guideline and does not bind the company as the final shipping costs. The final shipping data, such as weights and measurements shall govern the final shipping costs upon full inspection by the company. Unless otherwise indicated, shipping costs does not include destination costs such as port fees, unloading fees, agents fees, demurrage, customs clearance, etc.

**8-COMPANY ACTING AS FORWARDER:** When company represents the customer as a freight forwarder, customer authorizes the company to choose and select carrier at its discretion and prepare documentation on customers behalf. Upon request, we shall provide a detailed breakout of the components of all charges assessed and a true copy of each pertinent document relative to these charges.

The company has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act of 1984. Shipper and consigner agree all disputes shall be resolved by commercial arbitration in Newark, NJ USA only pursuant to the rules of the American Arbitration Association.

**9-MODE OF TRANSPORTATION:** The company whether acting as forwarder or carrier may carry goods under terms of the transport documents which may include multimodal transportation from the origin to destination as applicable.

**10-CARGO:** Company is not liable for the content of the packages or boxes which have been prepackaged by the customer or its vendor whether sealed or not, company will be liable for total piece count of the boxes regardless of the internal contents or their condition. Claims on losses may be established based on the complete inventory list prepared and signed by the customer prior delivery to the company and verification of the same at the receiving end.

**11-NO RESPONSIBILITY FOR GOVERNMENTAL REQUIREMENT:** Customer is responsible to comply with governmental requirement whether in U.S. or at destination or other countries in route. In case of governmental intervention for purpose of inspection of goods or any other reasons, the company shall reflect any and all incidental costs which accrue due to such interventions to the shipper or consignee as applicable.

**12-DESTINATION CHARGES:** Charges to destination such as port charges, unloading fees, agency fees and customer claims are to be paid by customer unless specified and paid in advance.