**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OLABISI SALIS,

                Plaintiff,                07 CIVIL 5949 (VM)

    -against-                    **JUDGMENT**

AMERICAN EXPORT LINES AND HOEGH
AUTOLINERS INC.,
                Defendants.
-----------------------------------------------------------X

        Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on April 30, 2008, having rendered its Decision and Order granting defendants' motion for summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 30, 2008, defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          May 12, 2008

                                              **J. MICHAEL McMAHON**
                                              **Clerk of Court**
                **BY:**

                                              **Deputy Clerk**

                                  **THIS DOCUMENT WAS ENTERED**
                                  **ON THE DOCKET ON** _____