Owolabi Salis OS6630
Salis and Associates, P.C.
42 Broadway, Rm. 1133
New York, NY 10004
212-655-5749

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLABISI SALIS

                The Plaintiff

                07-Cv-5949 (VM)

              NOTICE OF APPEAL

-against-

American Export Lines
Hoegh Autoliners Inc

              The Defendant(s)
------------------------------------------------------------------X

Notice is hereby given that OLABISI SALIS hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment on MOTION FOR SUMMARY JUDGMENT MOVED BY THE DEFENDANTS AND DECIDED UPON BY HON. VICTOR MARRERO and which decision was entered on 30th day of April, 2008.

Dated: May 27, 2008

                                            Owolabi Salis OS6630
                                            Salis and Associates, P.C.
                                            42 Broadway, Rm. 1133
                                            New York, NY 10004
                                            212-655-5749

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

FILED
2008 MAY 28 PM 3:13
U.S. DISTRICT COURT
S.D. OF N.Y.

MAY 28 2008